Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−27723−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Theresa E Allen
  234 Lanes Pond Road
  Howell, NJ 07731
Social Security No.:
  xxx−xx−4233
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 29, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 18-27723-MBK
Theresa E Allen                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 1          Date Rcvd: Aug 29, 2019
                            Form ID: 148          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db            +Theresa E Allen,    234 Lanes Pond Road,   Howell, NJ 07731-8652
aty           +Aldridge Pite, LLP,    4375 Jutland Drive,   Suite 200,   P.O. Box 17933,
               San Diego, CA 92177-7921
lm             Bayview Loan Servicing, LLC,    P.O. Box 65009,   Dallas, TX  75265-0091
517739211     +ARS/Account Resolution Specialist,    Po Box 459079,   Sunrise, FL 33345-9079
517739209     +AmeriFinancial Solutions. Llc,    Po Box 65018,   Baltimore, MD 21264-5018
517739212     +Bayview Loan Servicing, LLC,    c/o KML Law Gourp, P.C.,   216 Haddon Avenue, Suite 406,
               Westmont, NJ 08108-2812
517739217     +Remex Inc,   307 Wall Street,   Princeton, NJ 08540-1515
517868430     +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables FL 33146-1837
517762007     +THE BANK OF NEW YORK MELLON,    c/o ALDRIGE PITE, LLP,   4375 Jutland Drive, Suite 200,
               P.O. Box 17933,   San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 00:21:47    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 00:21:44    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517787356      EDI: BECKLEE.COM Aug 30 2019 03:58:00    American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517739210     +EDI: AMEREXPR.COM Aug 30 2019 03:58:00    Amex,   Correspondence,   Po Box 981540,
               El Paso, TX 79998-1540
517739213     +EDI: CAPITALONE.COM Aug 30 2019 03:58:00    Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517739215     +EDI: RCSFNBMARIN.COM Aug 30 2019 03:58:00    Credit One Bank Na,   Po Box 98873,
               Las Vegas, NV 89193-8873
517739216      E-mail/Text: bankruptcy@frost-arnett.com Aug 30 2019 00:20:57    Frost Arnett,   Po Box 198988,
               Nashville, TN 37219
517858835      EDI: RESURGENT.COM Aug 30 2019 03:58:00    LVNV Funding, LLC its successors and assigns as,
               assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517853248     +EDI: AIS.COM Aug 30 2019 03:58:00    Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                      TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517739214*    +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                          Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Loss Mitigation  Bayview Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Leonard R Boyer    on behalf of Debtor Theresa E Allen lrbnjesq@gmail.com,
           mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5